UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORENZO PRATT,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY CORRECTION FACILITY,<br><br>  Defendants. | Case No. C15-1171 RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Lorenzo Pratt, proceeding pro se and *in forma pauperis* (IFP), filed this 42 U.S.C. § 1983 civil rights action alleging that Defendants subjected him to excessive force. Dkt. 4. On July 28, 2015, the Court granted Plaintiff's IFP application, docketed his complaint, but declined to serve the complaint because it contains numerous deficiencies. Dkts. 3, 4, and 5. The Court granted Plaintiff leave to file an amended complaint by August 28, 2015. Dkt. 5.

On August 7, 2015, the Court's Order granting Plaintiff's IFP application, which was addressed to Plaintiff at his last known address at the King County Jail, was returned to the Court marked "Return Not Here". Dkt. 6. Plaintiff has not notified the Court of his current address.

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

REPORT AND RECOMMENDATION - 1

A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

To date, Plaintiff has not notified the Court of his current address, and has not filed anything to further prosecute this action. Accordingly, the Court recommends **DISMISSING** this action without prejudice pursuant to Local Rule CR 41(b)(2) for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Any objections to this Recommendation must be filed no later than **Tuesday, November 10, 2015.** The matter will be ready for the Court's consideration on **Thursday, November 12, 2015**. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this  20th  day of October, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2