UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORENZO PRATT, | |
| Plaintiff, | Case No. C15-1171 RSM |
| v. | **ORDER OF DISMISSAL** |
| KING COUNTY CORRECTION FACILITY, et al., | |
| Defendants. | |

The Court, having reviewed the proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's proposed 42 U.S.C. § 1983 complaint is **DISMISSED without prejudice** for failure to prosecute; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 28th day of October 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1